# Memorandum
## Office of the United States Trustee
Thomas F. Eagleton U. S. Courthouse
111 South 10th Street, Suite 6353
St. Louis, MO 63102
(314) 539-2976; FAX 539-2990

| | |
|---|---|
| **SUBJECT:** Chapter 11 Creditors' Meeting | **DATE:** June 29, 2017 |

TO:  Debtor's Counsel                     FROM: Paul A. Randolph
                                          Assistant U. S. Trustee

    A meeting of creditors will be conducted pursuant to 11 U.S.C. §341 in the chapter 11 bankruptcy case referenced below on the date and time and at the location indicated.

    Pursuant to Local Bankruptcy Rule 2002-2, the notice of commencement of case and meeting of creditors will be sent by the Court unless a party is authorized by the Court to provide said notice.

Internal Revenue Service
Insolvency 5334 STL
P. O. Box 7346
Philadelphia, PA  19101

| Date | Time | Case Nos. | Debtor(s) | U. S. Trustee Attorney |
|---|---|---|---|---|
| 08/03/2017 | 11:00 a.m. | 17-44474-705 | Troverco, Inc. | Carole J. Ryczek |

**Location:**

[ ✓ ]   Thomas F. Eagleton U. S. Courthouse, 111 South 10th Street, **Suite 6.365A**, St. Louis, Missouri 63102

[ ]   555 S. Independence St., Cape Girardeau, MO, Cape Girardeau Hearing Location (Limbaugh Courthouse)

[ ]   Municipal Court Room, 1st Floor, 777 Broadway, Hannibal, Missouri