UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**In re:**

**TROVERCO, INC.,**

**Debtor.**

**Chapter 11**
**Case No. 17-44474-705**

**#16**

### ORDER EXTENDING THE TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND STATEMENT OF FINANCIAL AFFAIRS

Upon the motion (the "Motion")[1] of Troverco, Inc., the above-captioned debtor and debtor-in-possession (the "Debtor"), pursuant to sections 105 and 521 of the Bankruptcy Code, Bankruptcy Rules 1007(c) and 2003(a), and Local Rule 1007-6(A), for entry of an order extending the time to file schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and the statement of financial affairs; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and venue of this chapter 11 case and the Motion in this district being proper pursuant to 28 U.S.C. §§ 408 and 1409; this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and proper and adequate notice having been given and no other or further notice being required; and a hearing having been held to consider the relief requested in the Motion; and upon the record of the hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, its creditors and all other

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

35001.1 444053v2

parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. Pursuant to sections 105(a) and 521 of the Bankruptcy Code and Bankruptcy Rule 1007(c), the time in which the Debtor shall file its Schedules is extended through and including July 27, 2017, without prejudice to the Debtor's right to seek further extensions.

3. Notwithstanding any Bankruptcy Rule or Local Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. No later than 24 hours after the date of this Order, the Debtor shall serve a copy of this Order on those persons and entities appearing on the Master Service List and, no later than 24 hours after such service, the Debtor shall file a certificate of service with the Court.

DATED: July 6, 2017
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

Proposed order submitted by:
Ryan C. Hardy, 62926MO
Spencer Fane LLP
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Tel: 314-863-7733
Fax: 314-862-4656
rhardy@spencerfane.com

*Proposed co-counsel to the Debtor*

-2-