UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 17-44474-705 |
| Troverco, Inc., | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

**APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE**

Pursuant to 11 U.S.C. §1102(a), the United States Trustee hereby appoints the following creditors of the above-named debtor to the Official Committee of Unsecured Creditors:

Ryder Transportation Services
Attn:   Mike S. Mandell
11690 NW 105 Street
Miami, FL 33178
(305) 500-4417


TSW Foods, LLC
Attn:   John W. Shelley
16024 Manchester Rd., Suite 200
Ellisville, MO   63011
(636) 541-0913


Hormel Financial Services Corporation
Attn:   Allan Williams
1 Hormel Place
Austin, MN 55912
(507) 437-9860

The Committee has selected Mike S. Mandell of Ryder Transportation Services as

Committee Chair.

Respectfully submitted,

DANIEL J. CASAMATTA
Acting United States Trustee

PAUL A. RANDOLPH
Assistant United States Trustee


By:    */s/ Carole J. Ryczek*
      CAROLE J. RYCZEK
      E.D. Missouri Bar #6195873IL
      Trial Attorney
      111 S. 10th Street, Suite 6.353
      St. Louis, MO 63102
      PH: (314) 539-2982
      FAX: (314) 539-2990
      Email: carole.ryczek@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was electronically mailed by U. S. Bankruptcy Court, Eastern District of Missouri, to those names listed above and below and/or by first-class, postage prepaid on this 18th day of July, 2017.

Ryan C. Hardy, Esq.
Spencer Fane, LLP
1 N. Brentwood Blvd., Tenth Floor
St. Louis, MO   63105

      /s/   Sandra L. Herling
      Sandra L. Herling, Paralegal Specialist